## No. 912.

### SUCCESSION OF N. F. M'CRAW. OPPOSITION OF S. A. JAMES.

An administrator's amended account, correcting errors, omissions, etc., should be filed on his application therefor, but it does not follow that the amendments will be sustained. They must be supported by proof, like the items of the original account.

Where an administrator already has in hand funds of a person who expects to buy property at the succession sale, which were placed there by such person expressly to pay for the property when purchased, payment of the purchase price takes effect and is complete the moment the property is adjudicated to such purchaser. If the party, judgment creditor or other, to whom the money is to go, has also directed the administrator to hold the money for him, the payment of his judgment or other claim is also complete *pro tanto*.

Where the three consenting wills of the payer of money, the recipient of it, and the person to whom it is to be paid, meet at one and the same time, payment is complete.

The statutes providing for the re-establishment of records that have been destroyed by fire, in those parishes where the court-house and its contents were burned, must be construed as giving the force and effect of originals to certified copies of such records, obtained antecedent to such conflagrations.

APPEAL from the Parish Court of Richland.　PARSONS, J.

*Wells & Williams* for the succession.　*Cobb & Gunby* and *Liddell* for opponent Appellant.

MANNING, C. J., delivered the opinion of the court affirming the judgment.